No. 80–201. SILVER CREEK PACKING CO. v. MARSHALL, SECRETARY OF LABOR. C. A. 9th Cir. Motion of Nisei Farmers League for leave to file a brief as *amicus curiae* granted. Certiorari denied.

No. 80–488. MASSACHUSETTS v. BRANT. Sup. Jud. Ct. Mass. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 80–506. KAPLAN v. POINTER ET AL. C. A. D. C. Cir. Motion of respondents for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 80–477. AD HOC '78 ET AL. v. ROUSE PHILADELPHIA, INC., ET AL. Super. Ct. Pa. Motion of American Civil Liberties Foundation of Pennsylvania for leave to file a brief as *amicus curiae* granted. Certiorari denied.

No. 80–5172. COLE v. STEVENSON, CORRECTIONAL SUPERINTENDENT, ET AL. C. A. 4th Cir. Certiorari denied. JUSTICE BRENNAN, JUSTICE WHITE, and JUSTICE MARSHALL would grant certiorari.

No. 80–5350. FRYBERG v. UNITED STATES. C. A. 9th Cir. Certiorari denied. JUSTICE WHITE and JUSTICE BLACKMUN would grant certiorari.

No. 79–1530. TOWN v. RENO, STATE ATTORNEY OF THE ELEVENTH JUDICIAL CIRCUIT OF FLORIDA, ET AL., *ante,* p. 803;

No. 79–1889. RIVERA v. OREGON STATE EMPLOYEES ASSN. ET AL., *ante,* p. 803;

No. 79–6458. JOHNSON v. CITY OF BIRMINGHAM, ALABAMA, *ante,* p. 846; and

No. 79–6506. COVINO v. MORRIS, WARDEN, ET AL., *ante,* p. 847. Petitions for rehearing denied.